UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:14-CR-262-T-17AEP

MARK JOSEPH UNREIN

**ORDER GRANTING GOVERNMENT'S MOTION
FOR REVOCATION OF ORDER OF RELEASE AND DETAINING DEFENDANT
PENDING TRIAL**

The Court, having heard argument of counsel, testimony from a law enforcement witness, and having reviewed pleadings setting forth the applicable statutory authority and case law, it is the judgment of this Court that the government's Motion for Revocation of the Conditional Order of Release (Doc. No. 12) has merit and the Defendant should be detained pending trial in this matter as the Defendant is a danger to the community. Further, the Court finds that there are no conditions of release which can be imposed to assure the safety of the community, and hereby vacates the Conditional Order of Release which was entered on July 9, 2014 (at Doc. No. 12).

WHEREFORE, the Court orders that the defendant, MARK JOSEPH UNREIN, be detained pending the resolution of this matter.

Dated:  August 5, 2014

ELIZABETH A. KOVACHEVICH
United States District Court Judge