# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:14-CR-262-T-EAK-AEP

MARK JOSEPH UNREIN

_____/

### ORDER

This cause comes before the Court on the defendant's motion for severance of charges (Doc. 64) and the response thereto (Doc. 65).  The defendant seeks to sever Count I, attempted child enticement, from Count II, possession of child pornography, at trial. The Court has reviewed the motion and response and finds the response well-taken.  The Court incorporates the response by reference herein.  Accordingly, it is.

**ORDERED** that motion for severance of charges  (Doc. 64)  be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 18th day of March, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record